## WILLIAMS BROS. COMPANY v. C. E. MOORE, Individually and as Collector of Internal Revenue for the 18th District of Ohio.
### No. 7172.

Circuit Court of Appeals, Sixth Circuit.
Feb. 4, 1936.

Hoppe, Lea, Day & Ford, of Warren, Ohio, and H. L. Gresinger, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed on motion of appellant.